Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
RAJINDER DHILLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-cr-00300-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: TRAVEL** |
| vs. | |
| | **Date: N/A** |
| RAJINDER KAUR DHILLON I, | **Time: N/A** |
| | **Courtroom: Honorable MORRISON C.** |
| Defendant. | **ENGLAND JR.** |

It is hereby stipulated by and between the parties and their respective counsel, Assistant U.S. Attorney Jared Dolan for the United States and Patrick K. Hanly for the defendant, RAJINDER DHILLON I, that Mrs. Dhillon may travel to India in May of 2014 for four weeks.  The Probation Officer assigned to supervise Mrs. Dhillon say she is in full compliance with her probation obligations.

///
///
///
///
///
///
///
///
///
///
///

Dated: 3/31/ 2014                     /s/ Jared Dolan
                                      Assistant United States Attorney

Dated: 3/31/ 2014                     /s/ Patrick K. Hanly
                                      Attorney for Defendant Rajinder Dhillon


## ORDER

**IT IS SO ORDERED**.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT