Patrick K. Hanly (SBN 128521)
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 440-1680

Attorney for Defendant
RAJINDER DHILLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 12-0300   MCE |
| Plaintiff, | **STIPULATION RE TRAVEL** |
| vs. | |
| RAJINDER KAUR DHILLON I, | **Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable MORRISON C. ENGLAND JR.** |
| Defendant. | |

It is hereby stipulated by and between the parties and their respective counsel, Assistant U.S. Attorney Jared Dolan for the United States and Patrick K. Hanly for the defendant, RAJINDER DHILLON I, that Mrs. Dhillon may travel to India on or about January 9, 2015 returning to the United States on or about February 7, 2015.

///

///

///

///

///

///

STIPULATION RE TRAVEL

1  The Probation Officer assigned to supervise Mrs. Dhillon say she is in full compliance with her
2  probation obligations and has no objection to this travel request.

3  Dated: 12/17/ 2014                     /s/ Jared Dolan
4                                          Assistant United States Attorney

5  Dated: 12/17/ 2014                     /s/ Patrick K. Hanly
                                           Attorney for Defendant Rajinder Dhillon
6

7  **IT IS SO ORDERED**.

8  Dated: January 5, 2015

   _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT