Patrick K. Hanly (SBN 128521)
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 440-1680

Attorney for Defendant
RAJINDER DHILLON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAJINDER KAUR DHILLON I,<br><br>Defendant. | Case No: 12-0300   MCE<br><br>**STIPULATION AND ORDER RE EARLY TERMINATION OF PROBATION**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable MORRISON C. ENGLAND JR.** |

    It is hereby stipulated by and between the parties and their respective counsel, Assistant U.S. Attorney Jared Dolan for the United States and Patrick K. Hanly for the defendant, RAJINDER KAUR DHILLON ("Dhillon I"), that the probation term of Mrs. Dhillon may terminate early as of the date of the Court signing this Stipulation and Proposed Order.

///

///

///

///

///

///

///

The Probation Officer agrees with this request.

                                        UNITED STATES ATTORNEY

Dated: 4/8/2015                      by:     /s/ Jared Dolan
                                                          Assistant United States Attorney

Dated: 4/8/2015                            /s/ Patrick K. Hanly
                                                           Attorney for Defendant Rajinder Dhillon

**IT IS SO ORDERED**.

Dated:  April 13, 2015

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT